UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JAY VANPORTFLIET,

        Plaintiff,                       Case No. 1:13-cv-1197

v.                                          HON. JANET T. NEFF

WELLS FARGO HOME
MORTGAGE, et al.,

        Defendants.
_____

WELLS FARGO BANK,

        Counter-Claimant,

v.

PAUL JAY VANPORTFLIET,

        Counter-Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed by a *pro se* litigant. Defendant 59th District Court filed a Motion for Fees and Costs (Dkt 91). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 8, 2015, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 94) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant 59th District Court's Motion for Fees and Costs (Dkt 91) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff shall pay to Defendant 59th District Court three thousand, four hundred forty-four dollars and fifty cents ($3,444.50) within 60 days.


Dated: June 8, 2015               /s/Janet T. Neff
                                  JANET T. NEFF
                                  United States District Judge